No. 98–916.   DEAS v. RIVER WEST ET AL.   C. A. 5th Cir.   Motion of Epilepsy Foundation for leave to file a brief as *amicus curiae* granted.   Certiorari denied.